IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY HARGROVE, *et al.*,<br><br>  *Plaintiffs,*<br><br>v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br><br>  *Defendants.* | CIVIL ACTION<br>NO. 21-4082 |

## ORDER

**AND NOW**, this 21st day of September 2022, upon consideration of Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF 21), Defendants' Response (ECF 23), and Plaintiffs' Reply (ECF 24), as well as Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Failure to State a Claim (ECF 13), Plaintiffs' Response (ECF 14), and Defendants' Reply (ECF 19), it is **ORDERED** that:

1. Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF 21) is **GRANTED** in part and **DENIED** in part.

2. Plaintiffs may file a Second Amended Complaint, consistent with the accompanying Memorandum, on or before Friday, October 7, 2022.

3. Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Failure to State a Claim (ECF 13) is **DENIED** as moot.

                 BY THE COURT:

                 ***/s/ Gerald J. Pappert***
                 GERALD J. PAPPERT, J.