IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY HARGROVE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> NO. 21-4082 |

## ORDER

**AND NOW**, this 3rd day of May 2023, upon consideration of Defendants' Third Motion to Dismiss (ECF 29), Plaintiffs' Response (ECF 30), Defendants' Reply (ECF 31), and after a hearing on the record (ECF 38), it is hereby **ORDERED** that Defendants' Motion (ECF 29) is **GRANTED IN PART** and **DENIED IN PART**:

1. All Claims Against Defendant Dion Jones, the Individual Defendants in their Official Capacities and Count III are **WITHDRAWN AND DISMISSED WITH PREJUDICE.**

2. Count II is **DISMISSED WITH PREJUDICE.**

3. Defendants' Failure to Train Theory of *Monell* Liability in Count IV is **DISMISSED WITH PREJUDICE**.

4. The Motion is **DENIED** with respect to Count I, Count IV's *Monell* Claim Based on a Policy or Custom, Count V and VI.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.