IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY HARGROVE, et al., *Plaintiffs,* v. CITY OF PHILADELPHIA, et al., *Defendants.* | CIVIL ACTION NO. 21-4082 |

## ORDER

**AND NOW**, this 8th day of December, 2025, upon consideration of the City of Philadelphia and Blanche Carney's Motion for Summary Judgment (Dkt. No. 72), the Hargroves' Motion for Summary Judgment (Dkt. No. 75), and the parties' Responses (Dkt. Nos. 88 & 89), it is **ORDERED** that:

1. The City of Philadelphia and Blanche Carney's Motion for Summary Judgment is **GRANTED** and judgment shall be entered in favor of the City of Philadelphia and Blanche Carney;

2. The Hargroves' Motion for Summary Judgment is **DENIED**; and

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.